Raymond G. Hora  (SBN 335123)
Email:   rhora@reedsmith.com
REED SMITH LLP
1001 Brickell Bay Drive, Suite 900
Miami, FL 33131
Telephone: +1 786-747-0200
Facsimile: +1 786-747-0299

Attorneys for Defendant
SYNCHRONY BANK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH CAGNO,<br><br>Plaintiff,<br><br>vs.<br><br>SYNCHRONY BANK,<br>and DOES 1-10 inclusive,<br><br>Defendants. | Case No.: 3:21-cv-3105<br><br>[Removal From Superior Court Of California, County of San Mateo Case No.  21-CIV-01579]<br><br>**DEFENDANT SYNCHRONY BANK'S NOTICE OF REMOVAL OF CIVIL ACTION UNDER 28 U.S.C. § 1331, 28 U.S.C. 1441(A)**<br><br>[Federal Question]<br><br>*[Filed concurrently with Civil Cover Sheet; and Synchrony Bank's Certification of Interested Parties]* |

**TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE** that Defendant Synchrony Bank ("Defendant" or "Synchrony") hereby removes to this Court the state court action described below. This case is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one that may be removed to this Court by Synchrony pursuant to 28 U.S.C. § 1441(a), because Plaintiff accuses Synchrony of violating, *inter alia*, the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.* ("FCRA).

In compliance with 28 U.S.C. § 1446(a), Defendant asserts the following grounds for removal:

1. On or about March 24, 2021, Plaintiff Joseph Cagno ("Plaintiff") filed a Complaint in the Superior Court of the State of California, County of San Mateo ("State Court") entitled *Joseph Cagno v. Synchrony Bank, and Does 1-10 inclusive,* at Case No. 21-CIV-01579 (hereinafter the "State Court Action").

2. Pursuant to 28 U.S.C. §1446(a), a true and correct copy of the Complaint and summons, the only process, pleading, or order served upon Synchrony in the State Court Action, is attached hereto as **Exhibit A**.

3. To the best of Synchrony's knowledge, no further proceedings in the State Court Action have occurred.

4. Synchrony was served with a copy of the Complaint on March 31, 2021.

5. Accordingly, this Notice of Removal is timely filed, having been filed within thirty (30) days of the date on which Synchrony received service of Plaintiff's Complaint.  *See* 28 U.S.C. § 1446(b).

6. The State Court is located within the Northern District of California. Therefore, venue is proper because the action is being removed to the "district court of the United States for the district and division embracing the place where such action is pending."  *See* 28 U.S.C. § 1441(a).

7. No previous application has been made for the relief requested herein.

8. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331, and is one that may be removed to this Court by Synchrony pursuant to 28 U.S.C. §1441, because Plaintiff accuses Synchrony of violating, *inter alia*, the Fair Credit Reporting Act, 15 U.S.C. §§ 1681, *et seq.*

9. This Court has federal question jurisdiction over Plaintiff's claims pursuant to 28 U.S.C. § 1331 and § 1441(b) in that the claims are "founded on a claim or right arising under … the laws of the United States[.]"

10. Synchrony is the sole named defendant. Accordingly, there is no issue concerning any co-defendant's consent to the instant removal to this Court.

11. Pursuant to 28 U.S.C. § 1446(d), written notice of this Notice of Removal of this action is being immediately filed with the State Court.

12. Pursuant to 28 U.S.C. § 1446(d), a copy of this Notice of Removal of this action is being caused to be served upon Plaintiff.

13. Given that the requirements for federal question jurisdiction are satisfied, this case is properly removed.

**WHEREFORE**, Defendant Synchrony Bank gives notice that this action is removed from the Superior Court of the State of California for the County of San Mateo to the United States District Court for the Northern District of California.

DATED: April 28, 2021            REED SMITH LLP


By: */s/ Raymond P. Hora*
Raymond P. Hora
Attorneys for Defendant
SYNCHRONY BANK